JMD Holding Corp., Respondent, v Congress Financial Corporation, Appellant, et al., Defendant.

Submitted December 13, 2004; decided December 16, 2004

Motion by Commercial Finance Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Jeffrey Laing, Appellant, v Samuel Cantor, Doing Business as Law Offices of Samuel Cantor, et al., Respondents.

Submitted October 25, 2004; decided December 16, 2004

Motion, insofar as it seeks leave to appeal against Samuel Cantor, doing business as Law Offices of Samuel Cantor, dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Leonard J. Levenson et al., Respondents, v Jonathan Lippman, as Chief Administrator of the Courts, et al., Appellants.

Submitted November 29, 2004; decided December 16, 2004

Motion by Association of Justices of the Supreme Court of the State of New York et al. for leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

Chief Judge Kaye taking no part.

In the Matter of Metro Enviro Transfer, LLC, Appellant, v Village of Croton-On-Hudson et al., Respondents.

Submitted July 29, 2004; decided December 16, 2004

Motion for leave to appeal granted. Motion for a stay granted.